# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MONTOYA,<br><br>          Plaintiff,<br><br>v.<br><br>ORANGE COUNTY SHERIFF'S DEPARTMENT<br><br>          Defendant. | Case No. SACV11-01922 JVS (RNBx)<br><br>District Judge, James V. Selna<br>Courtroom 10/C<br><br>[~~PROPOSED~~] **PROTECTIVE ORDER**<br><br>**[FILED CONCURRENTLY WITH STIPULATED PROTECTIVE ORDER]**<br><br>Complaint Filed:   12/13/2011<br>FAC Filed:          1/13/2012<br>Trial Date:         Unassigned. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having reviewed the parties' Stipulated Protective Order, and good cause being shown therefore, now ORDERS as follows:

The Stipulated Protective Order filed concurrently with the instant Order, and entered into between Plaintiff Scott Montoya ("Plaintiff") and Defendant Orange

//

//

1  County Sheriff's Department ("OCSD"), (collectively referred to as "the Parties"),
2  by and through their attorneys of record, is hereby approved by this Court. The
3  Stipulated Protective Order shall be given full force and effect.
4
5  **IT IS HEREBY ORDERED:**
6
7
8  DATED: April 11, 2012         _____
9                                 HON. ROBERT N. BLOCK
                                   United States Magistrate Judge