1   KYLE LUDWIG HARRIS LLP
    JOHN S. KYLE (199196)
2   jkyle@klhipbiz.com
    2445 Fifth Avenue, Suite 200
3   San Diego, CA  92101
    Telephone:  (619) 326-4323
4   Facsimile:   (619) 592-8789

5   COOLEY LLP
    SHANNON SORRELLS (278492)
6   (ssorrells@cooley.com)
    4401 Eastgate Mall
7   San Diego, CA  92121
    Telephone:  (858) 550-6000
8   Facsimile:   (858) 550-6420

9   Attorneys for Plaintiff
    SCOTT MONTOYA
10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13   | SCOTT MONTOYA, | Case No. 11-cv-01922 JGB RNB |
|---|---|
| Plaintiff, | |
| v. | **PROPOSED** *VOIR DIRE* |
| THE ORANGE COUNTY SHERIFF'S DEPARTMENT, | Trial Date:  September 3, 2013<br>Time:          9:00 a.m. |
| Defendant. | |

## Proposed Voir Dire Questions

1. Have you ever served in the military? If so, what branch? What was your rank? What was your job? What was the highest decoration you received? Were you ever involved in any combat?

2. Have you ever been a law enforcement officer? If yes, where? When? How long?

3. Has anyone in your family ever been involved in law enforcement? Who? When? Where? How long?

4. Do you have any affiliation with the Orange County Sheriff's Department? Do you know anyone at the Orange County Sheriff's Department?

5. Have you ever been arrested? What were the circumstances?

6. How do you feel about government surveillance without a warrant?

7. How do feel about the National Security Agency monitoring civilian communications?

8. How would you feel about the government tracking your whereabouts with GPS?

9. How would you feel about the government placing cameras at your house?

10. Have you ever been subject to harassment in the workplace?

11. Do you think there is a difference between harassment and teasing?

12. Can teasing ever rise to the level of harassment?

13. Can spreading false rumors amount to harassment?

14. How do you feel about hazing in the workplace? About rights of passage in the workplace?

15. Are you familiar with Post Traumatic Stress Disorder? What is it?

16. Do you think employment experiences can contribute to Post Traumatic Stress Disorder? Why or why not?

17. Have you ever heard of the Navy Cross? What is it?

18. Have you ever known anyone who received the Navy Cross? Who? What did they do?

19. Have you ever heard of the Rampart police corruption scandal in Los Angeles? What is your opinion about such police corruption scandals?

20. Do you think law enforcement organizations can be corrupt? Why or why not?

21. Have you read any news articles about this case?

22. Have you heard anything about this case from any source?

23. Do you know or have you heard of Scott Montoya? How? When? How long? What do you think of him?

24. Do you know or have you heard of Sheriff Sandra Hutchens? When? How long? What do you think of her?

25. Do you know or have you heard of Sheriff Mike Corona? When? How long? What do you think of him?

861924 v1/SD