KYLE LUDWIG HARRIS LLP
JOHN S. KYLE (199196)
jkyle@klhipbiz.com
2445 Fifth Avenue, Suite 200
San Diego, CA 92101
Telephone: (619) 326-4323
Facsimile: (619) 592-8789

COOLEY LLP
SHANNON SORRELLS (278492)
(ssorrells@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Plaintiff
SCOTT MONTOYA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MONTOYA,<br><br>                 Plaintiff,<br><br>        v.<br><br>THE ORANGE COUNTY SHERIFF'S DEPARTMENT,<br><br>                 Defendant. | Case No. 11-cv-01922 JGB RNB<br><br>**PROPOSED STATEMENT OF THE CASE**<br><br>Trial Date:   September 3, 2013<br>Time:             9:00 a.m. |

# **PROPOSED STATEMENT OF THE CASE**

Scott Montoya filed this lawsuit against the Orange County Sheriff's Department (OCSD).

Montoya worked for OCSD as a Deputy Sheriff. Montoya claims that OCSD violated the Uniformed Services Employment and Reemployment Rights Act (USERRA) by creating and fostering a hostile work environment for Montoya because of his service in the United States Marine Corp and receipt of the Navy Cross.

OCSD claims that Montoya is not entitled to relief under USERRA because OCSD would have treated Montoya in the same manner regardless of whether he served in the military. OCSD also contends that Montoya is not entitled to relief under USERRA because of Montoya's alleged bad conduct.

861925/SD