KYLE LUDWIG HARRIS
JOHN S. KYLE (199196)
jkyle@klhipbiz.com
2445 Fifth Avenue, Suite 200
San Diego, CA  92101
Telephone:   (619) 326-4323
Facsimile:    (619) 592-8789

COOLEY LLP
SHANNON SORRELLS (278492)
(ssorrells@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Plaintiff
SCOTT MONTOYA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT MONTOYA,<br><br>                    Plaintiff,<br><br>             v.<br><br>THE ORANGE COUNTY SHERIFF'S DEPARTMENT,<br><br>                    Defendant. | Case No. 11-cv-01922 JGB RNB<br><br>**PROPOSED STATEMENT OF THE CASE**<br><br>Trial Date:   September 3, 2013<br>Time:            9:00 a.m. |

## **PROPOSED STATEMENT OF THE CASE**

Scott Montoya filed this lawsuit against his former employer, the Orange County Sheriff's Department. Scott Montoya claims that the Orange County Sheriff's Department violated the Uniformed Services Employment and Reemployment Rights Act by subjecting him to a hostile work environment because of his service in the United States Marine Corps. The Orange County Sheriff's Department disputes Scott Montoya's claim.

862266 v1/SD